# IN THE SUPREME COURT OF TEXAS

No. 20-0291

IN RE GREG ABBOTT, AS GOVERNOR OF THE STATE OF TEXAS; AND KEN PAXTON, AS ATTORNEY GENERAL OF THE STATE OF TEXAS

ON PETITION FOR WRIT OF MANDAMUS

**ORDERED:**

1.      Relators' emergency motion for temporary stay, filed April 11, 2020, is granted.  The order dated April 10, 2020, in Cause No. GN-20-002034, styled *Texas Criminal Defense Lawyers Association; Capital Area Private Defender Service; Austin Criminal Defense Lawyers Association; NAACP Texas; Harris County Criminal Court at Law Judges v. Greg Abbott, sued in his official capacity as Governor of the State of Texas; and Ken Paxton, sued in his official capacity as Attorney General of the State of Texas*, in the 459th District Court of Travis County, Texas, is stayed pending further order of this Court.

2.      The real parties in interest are requested to respond to relators' petition for writ of mandamus no later than **5:00 p.m., Monday, April 13, 2020**.

3.      The petition for writ of mandamus remains pending before this Court.


Done at the City of Austin, this April 11, 2020.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK